# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL A. FORD,<br><br>    Petitioner,<br><br>    v.<br><br>FELIX M. VASQUEZ, Warden,<br><br>    Respondent. | Case No. CV 14-9372-RSWL (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files of this case, and the Report and Recommendation of U.S. Magistrate Judge. On March 17, 2016, Petitioner filed what he styled as objections to the R&R but which is actually simply a copy of his Traverse.

Accordingly, having made a de novo determination, the Court accepts the Magistrate Judge's recommendation that the Petition be denied. IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: 4/8/2016            s/ RONALD S.W. LEW
                                       RONALD S.W. LEW
                                       U.S. DISTRICT JUDGE