**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EARL A. FORD,<br><br>        Petitioner,<br><br>    v.<br><br>FELIX M. VASQUEZ, Warden,<br><br>        Respondent. | Case No. CV 14-9372-RSWL (JPR)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 4/8/2016             s/ RONALD S.W. LEW
                                        RONALD S.W. LEW
                                        U.S. DISTRICT JUDGE